Karen I. Boyd (SBN 189808)
boyd@turnerboyd.com
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Keeley I. Vega (SBN 259928)
vega@turnerboyd.com
Joshua Rayes (SBN 316208)
rayes@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | Case No. 3:18-cv-06663-TSH |
| Plaintiff, | **DECLARATION OF AVI KOPELMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| STRAUSS DIAMOND INSTRUMENTS, INC., | |
| Defendant. | |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Avi Kopelman, declare as follows:

1. I am Vice President and Chief Scientist of Align Technology, Inc. ("Align"). I have personal knowledge of the statements below, and if called upon in Court to testify would testify as follows.

2. In my roles as Vice President and Chief Scientist, I work in the RD group out of the San Jose, California office. I work with multiple research and development people, where we develop innovative orthodontic appliances scanners and related scanner wands.

3. I have worked at Align for 8 years, and previously at Cadent with similar technology since 1994. I am familiar with Align's business, reputation, and products.

4. One of Align's products is the well-known Invisalign system. Align's Invisalign system is a proprietary method for treating malocclusion with a series of doctor-prescribed, custom-manufactured, clear plastic, removable aligners. The system—sometimes called clear braces—straighten teeth using clear, removable, plastic trays.

5. Align also developed, makes and sells the iTero Element scanner. There are currently three models of Align's iTero intraoral scanner offered by sale by Align: the iTero Element, the iTero Element 2, and the iTero Element Flex (collectively the "iTero Element scanner").

6. I am very familiar with the development and operation of Align's iTero Element intraoral scanner. I was a member of the team that wrote the specification for the scanner and a member of the group that developed it.

7. The iTero Element scanner is a handheld intraoral scanner system that is used to take three dimensional scans of a patient's mouth, teeth, and gums. These scans are used in preparing the trays for the Invisalign system, and also for other dental and orthodontic procedures, such as veneers, inlays, onlays, crowns, bridges and implant abutments; digital records storage; orthodontic diagnosis; and orthodontic retainers and appliances.

8. The digital images produced by the iTero Element scanner are a major improvement over the prior methods of taking physical analog impressions that can be messy and uncomfortable for patients. The 3D scans created by the iTero Element scanner are more efficient, more precise, and more comfortable for patients.

9. The digital scans also substantially reduce the rate of restoration "remakes" so that patients are recalled less often.

10. Also, the appointment time for the digital scan is shorter because of fewer adjustments, which results in greater overall patient satisfaction.

11. The iTero Element scanner includes a computer system with an attached "wand," which collects thousands of images per second as dental practitioners use it to scan a patient's mouth.

12. The proprietary software of the iTero Element scanner then produces a precise, high-resolution, color 3D model of the patient teeth and gums.

13. The iTero Element scanner includes a protective sleeve (shown at right), which slides over and covers the portion of the scanning wand that is inserted into the patient's mouth.



14. Align's sleeve is disposable and single-use only, which among other things protects patients from cross-contamination.

15. The iTero Element sleeve includes a window opening having a piece of glass with anti-reflective coating, among other specialized coatings, to optimize the quality of the 3D scan. The sleeve and this window incorporate a proprietary design developed to ensure that scans with the iTero Element scanner have the accuracy and quality that Align advertises and doctors require.

16. In the iTero Element sleeve, the glass window is secured in place with a bracket. In use, the sleeve "clicks" into place over the wand, indicating to the user that the sleeve is in place, and ensuring a secure and safe fit and grip. This correct positioning also ensures a precise scan.

17. A lower or inferior quality sleeve may, and likely will, reflect not only on the sleeve quality, but also on the performance of the iTero Element scanner system as a whole, and may also increase risk to patients in cross-contamination, fluid transfer, and also discomfort and inconvenience.

18. Align learned about Strauss Diamond's MagicSleeve product in or around September 2018. At that time, I contacted Arye Shahar at Strauss Diamond, to request that Strauss Diamond stop selling its product, including stopping using Align's trademarks. Mr. Shahar refused to do so, but offered to stop if Align would pay Strauss Diamond.

19. I have seen the MagicSleeve product and evaluated with help of other Align people the product's quality, including as used on the iTero Element scanner.

20. I understand that unlike the iTero disposable scanner sleeve, the MagicSleeve is marketed as "reusable." Reusing the sleeve, which covers the portion of the iTero Element system wand inserted into a patient's mouth, increases the likelihood of cross-contamination between patients. Without proper and careful sterilization between each use, the risk of cross-contamination between patients is high.

21. Also, unlike the bracket in Align's iTero scanner sleeve, there is no mechanism to connect the loose window to the MagicSleeve. Because the MagicSleeve is not sealed at all, fluids may leak inside and wet the wand, again increasing the risk of cross-contamination between patients.

22. This may also occur if the scan is performed without the separate glass window piece.

23. The lack of a secure connection between the removable window and the sleeve in Defendant's product also increases the likelihood that the window will be in an incorrect position and result in a poor scan.

24. The absence of any mechanism to secure the glass in the MagicSleeve increases the chances that there will be no physical contact between the glass window and the corresponding glass on the wand, which is necessary to ensure the thermal connection between the two required for an effective scan.

25. Also, during assembly, because the glass may, and likely will, need to be adjusted to fit, the MagicSleeve glass may become dirty, or acquire fingerprints or other contamination that may distort the scan and cause image capture issues during scanning.

26. Also, the window in the MagicSleeve does not have an anti-reflective coating and is thicker than the glass with which the iTero Element scanner is calibrated.

27. These differences result in lower view finder and poor 3D scan quality when the iTero Element scanner is used with the MagicSleeve, as compared to when it is used with Align's iTero Element scanner sleeve.

28. Also, because the sleeve also covers the wand, the lack of attachment of the window in the MagicSleeve increases the risk of damage to the wand itself, which also has a glass portion over the scanning mechanism.

29. Because the MagicSleeve must be autoclaved after each use and includes a removable glass window that must be inserted prior to use, using it also increases the time required to perform a scan.

30. For these reasons, and others, Align has not validated the compatibility and use of the MagicSleeve product with the iTero Element scanner.

31. There are currently over 150,000 Invisalign-trained doctors worldwide.

32. As of December 2018, the number of patients treated with the Invisalign system reached six million.

33. Align introduced the first iTero Element scanner in 2015, since which time Align's iTero Element scanner has performed over 6.3 million orthodontic scans worldwide, and another three million Invisalign treatment scans.

34. Align has invested a tremendous amount of time and resources—technical research and development and design resources—to develop its cutting-edge technology and to promote its branded products.

35. Align has also invested hundreds of millions of dollars in product marketing; advertising, including media advertising; sales force compensation; marketing personnel-related costs; and clinical education.

36. With respect to the iTero Element scanner specifically: in 2017, Align spent [REDACTED] in advertising and marketing; and in 2018, that number increased to [REDACTED].

37. These significant investments, and Align's high-quality standards, have resulted in considerable customer goodwill and a superior reputation in the industry.

38. Align has never authorized or approved Strauss Diamond's use of Align's name, images or trademarks, nor has Align sponsored or endorsed Strauss Diamond's MagicSleeve.

39. Strauss Diamond publicly advertises the MagicSleeve to the same target consumers that purchase Align's iTero sleeves, and Strauss Diamond ships the MagicSleeve through interstate commerce, including from Florida to San Jose, California.

40. Strauss Diamond's sales and advertising of the MagicSleeve have reduced Align's market share of its genuine scanner sleeves and resulted in lost sales to Align. I understand that Strauss Diamond claims that its MagicSleeve can be reused over 100 times. The lost sales to Align are increased based on each MagicSleeve sale, because the MagicSleeve is reused numerous times, which means that each MagicSleeve product sold takes the place of numerous Align sleeves.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 24th day of January 2019, in Ganei Tikva, Israel.

　　　　　　　　　　　　　　　　　　　/s/ Avi Kopelman
　　　　　　　　　　　　　　　　　　　Avi Kopelman