1  Karen I. Boyd (SBN 189808)
   boyd@turnerboyd.com
2  Jennifer Seraphine (SBN 245463)
   seraphine@turnerboyd.com
3  Keeley I. Vega (SBN 259928)
   vega@turnerboyd.com
4  Joshua Rayes (SBN 316208)
   rayes@turnerboyd.com
5  TURNER BOYD LLP
   702 Marshall Street, Suite 640
6  Redwood City, CA 94063
   Telephone: 650.521.5930
7  Facsimile: 650.521.5931

8  Attorneys for Plaintiff
   ALIGN TECHNOLOGY, INC.

9

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                  **SAN FRANCISCO DIVISION**

13
   ALIGN TECHNOLOGY, INC.,                  )  CASE NO. 3:18-CV-06663-TSH
14                                           )
                   Plaintiff,                )  **DECLARATION OF JACQUELINE ABREU**
15                                           )  **IN SUPPORT OF PLAINTIFF'S MOTION**
   v.                                        )  **FOR PRELIMINARY INJUNCTION**
16                                           )
   STRAUSS DIAMOND INSTRUMENTS, INC.,        )
17                                           )
                   Defendant.                )
18                                           )

19

20

21

22

23

24

25

26

27

28

I, Jacqueline Abreu, declare as follows:

1.  I am a Clinical Trainer for Align Technology, Inc. ("Align").  I have personal knowledge of the statements below, and if called upon in Court to testify would testify as follows.

2.  In my role as Clinical Trainer, I educate and offer continued support to Dental Offices using the iTero intraoral scanner(s) and the use of its patient educational tools.

3.  On November 28, 2018, during a customer training, I learned that an Align dental customer had been using Strauss Diamond MagicSleeves with Align's iTero Element intraoral scanner system ("iTero").

4.  This dentist told me that the MagicSleeves were purchased at a show.

5.  This dentist told me that they did not know that Align did not approve of the use of Strauss Diamond's MagicSleeves with Align's iTero system, and that it could void the warranty for the iTero system.  The dentist said they felt misled and deceived.

6.  I observed this dentist use a MagicSleeve with Align's iTero system.  The resulting images were terrible.  The dentist also had difficulty cleaning the glass window and getting a good view through it.

7.  On December 4, 2018, during a customer training, I learned that another Align dental customer was using Strauss Diamond MagicSleeves with Align's iTero system.

8.  This dentist told me the MagicSleeves were purchased online from Strauss Diamond for $100.00.

9.  It is my understanding that this dentist did not know that the MagicSleeves are not an Align-sponsored product.

10.  I observed this dentist use a MagicSleeve with Align's iTero system.  The dentist had difficulty getting usable images with the MagicSleeve due to fingerprints on the glass window because of its removability.  The dentist was frustrated and expressed that he felt duped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

1

2   Executed this 18th day of January 2019, in San Jose, California.

3

4   _____

5   Jacqueline Abreu

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28