Karen I. Boyd (SBN 189808)
boyd@turnerboyd.com
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Keeley I. Vega (SBN 259928)
vega@turnerboyd.com
Joshua Rayes (SBN 316208)
rayes@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | ) CASE NO. 3:18-CV-06663-TSH |
| Plaintiff, | ) **DECLARATION OF SUSAN DAMRON IN** |
| | ) **SUPPORT OF PLAINTIFF'S MOTION FOR** |
| v. | ) **PRELIMINARY INJUNCTION** |
| | ) |
| STRAUSS DIAMOND INSTRUMENTS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, Susan Damron, declare as follows:

1.  I am a Clinical Trainer for Align Technology, Inc. ("Align").  I have personal knowledge of the statements below, and if called upon in Court to testify would testify as follows.

2.  In my role as a Clinical Trainer, I educate and offer continued support to Dental Offices using the iTero intraoral scanner(s) and the use of its patient educational tools..

3.  In my role as a Clinical Trainer, I have observed a few dentists use a Strauss Diamond MagicSleeve with Align's iTero Element intraoral scanner system.  These dentists experienced difficulty while scanning due to moisture accumulating under the lens.  This affects the dentist's ability to scan and the quality of any resulting images.

4.  In November 2018, I learned that an Align dental customer was trying to use a Strauss Diamond MagicSleeve with Align's iTero Element intraoral scanner system and was experiencing difficulty scanning.  The dentist's office called Align's customer support line and complained that the iTero scanner wand was scanning slowly and not taking in information.  Customer support was able to remotely access the scanner and observed that the MagicSleeves had permanently scratched the lens of the iTero scanner wand.  As a result, the dentist had to completely replace the scanner wand at a cost of $8,786.00.

5.  I understand that this dentist purchased the MagicSleeves at a convention in Las Vegas, Nevada, and believed them to be Align-supported products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 24th day of January 2019, in San Jose, California.


 */s/ Susan Damron*_____
Susan Damron