1  Karen I. Boyd (SBN 189808)
   boyd@turnerboyd.com
2  Jennifer Seraphine (SBN 245463)
   seraphine@turnerboyd.com
3  Keeley I. Vega (SBN 259928)
   vega@turnerboyd.com
4  Joshua Rayes (SBN 316208)
   rayes@turnerboyd.com
5  TURNER BOYD LLP
   702 Marshall Street, Suite 640
6  Redwood City, CA 94063
   Telephone: 650.521.5930
7  Facsimile: 650.521.5931

8  Attorneys for Plaintiff
   ALIGN TECHNOLOGY, INC.
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12              **SAN FRANCISCO DIVISION**

13
   ALIGN TECHNOLOGY, INC.,                     )   CASE NO. 3:18-CV-06663-TSH
14                                              )
                   Plaintiff,                   )   **DECLARATION OF ANTHONY**
15                                              )   **PETTINELLA IN SUPPORT OF**
   v.                                           )   **PLAINTIFF'S MOTION FOR**
16                                              )   **PRELIMINARY INJUNCTION**
   STRAUSS DIAMOND INSTRUMENTS, INC.,           )
17                                              )
                   Defendant.                   )
18  _____         )

19

20

21

22

23

24

25

26

27

28

PETTINELLA DECLARATION IN SUPPORT OF                        CASE NO. 3:18-cv-06663-TSH
MOTION FOR PRELIMINARY INJUNCTION

I, Anthony Pettinella, declare as follows:

1. I am a Territory Manager for Align Technology, Inc. ("Align"). I have personal knowledge of the statements below, and if called upon in Court to testify would testify as follows.

2. In my role as Territory Manager, I am responsible for customer interactions with Align and provide sales and sales support throughout my defined area.

3. On November 8, 2018, I learned that an Align orthodontic customer used a Strauss Diamond MagicSleeve with Align's iTero Element intraoral scanner system.

4. The orthodontist's assistant told me that the MagicSleeve was purchased from Strauss Diamond. I understand that the MagicSleeve product was provided to this orthodontist with a brochure describing how to autoclave the sleeve for repeated use.

5. The orthodontist's assistant expressed concerns about the performance of the MagicSleeve, and explained that the MagicSleeve is not very accurate, that the glass window fogs up during using, and that it is difficult to clean. In my experience, these issues are likely to lead to poor image quality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 23rd day of January 2019, in Oxford, Connecticut.

_____
Anthony Pettinella