# EXHIBIT O

9/14/2018     Strauss Diamond - 66 Photos - 5 Reviews - Medical Center - 14 Office Park Drive, Suite 8, Palm Coast, Florida 32137

Case 3:18-cv-06663-PSH   Document 22-15   Filed 01/24/19   Page 2 of 23



Business M...



# ORDER TODAY

www.straussdiamond.com



## Strauss Diamond
@straussdiamond

| 👍 Like | ↗ Share | 💬 Send Message | ••• |

💬 Send Message

**Home**

Reviews

Offers

Photos

Videos

Posts

About

Community

Info and Ads

Newsletter Sign-up

### Recommendations and Reviews

CREATIVE ⭐⭐⭐⭐⭐
November 28, 2015

⭐⭐⭐⭐⭐
November 5, 2015

⭐⭐⭐⭐⭐
August 4, 2015

See All

### Photos

🔍 Search for posts on this Page

**Strauss Diamond**
Medical Center in Palm Coast, Florida

4.2 ⭐⭐⭐⭐⭐
Closed Now

#### Our Story

Strauss is committed to staying at the "quality edge," both in terms of our products and in terms of **...**

See More

#### Community    See All

👍 589 people like this

🔗 589 people follow this

#### About    See All

14 Office Park Drive, Suite 8 (2,408.84 mi)
Palm Coast, Florida 32137
Get Directions

📞 (386) 597-7523

Typically replies within an hour
**Contact Strauss Diamond on Messenger**

🌐 www.straussdiamond.com

✉ Medical Center · Company

🕐 Opens Monday
Closed Now

Business Manager

LOG IN          CREATE ACCOUNT

**Strauss Diamond** added **2 new photos**.
August 2 ·

If you are a digital scanner user, be prepared to cut your overhead down.
Our brand new MagicSleeve is autoclavable and allows for a faster scanning time.

Shop now → https://straussdiamond.com/product/scanner-sleeve/

#cosmeticdentistry #scannersleeve #invisalign #orthodontist #dentist #itero





364 Likes   5 Comments   9 Shares

**Related Pages**


**Mondragon Chiropractic**
Chiropractor


**Core Dental Studio**
Dentist & Dental Office


**Dental CE Network**
General Dentist


**Randy Myrick Photography**
Photographer

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2018

**See more of Strauss Diamond on Facebook**

Log In        or        Create New Account





See more of Strauss Diamond on Facebook

| Log In | or | Create New Account |

9/14/2018     Strauss Diamond - 65 Photos - 5 Reviews - Medical Center - 14 Office Park Drive, Suite A, Palm Coast, Florida 32137

Case 3:18-cv-06663-TSH Document 22-15 Filed 01/24/19 Page 5 of 23



Business Manager

### Strauss Diamond
August 13 ·

With Strauss Diamond's new MagicSleeve, you can cut your overhead down by using this autoclavable, silicone sleeve over and over while still providing just as sharp of a scan.

https://straussdiamond.com/shop/magic-sleeve/



STRAUSSDIAMOND.COM

**MagicSleeve | Strauss Diamond**
You may return most new, unopened items sold within 60 days upon…

Share

Related Pages     LOG IN     **CREATE ACCOUNT**

 **Mondragon Chiropractic**
Chiropractor

 **Core Dental Studio**
Dentist & Dental Office

 **Dental CE Network**
General Dentist

 **Randy Myrick Photography**
Photographer

 **Ned Grace Photography**
Photographer

 **TowBoatUS Grand Strand**
Travel & Transportation

 **American Chiropractic Conference**
Education

## See more of Strauss Diamond on Facebook

Log In    or    Create New Account



LOG IN    **CREATE ACCOUNT**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices  · Cookies · More

Facebook © 2018

Business Manager

 **Strauss Diamond**
August 15 at 11:00 AM · 🌐

Take a look at Strauss Diamond's newest innovation, the autoclavable MagicSleeve for digital scanning. What do you think?

https://straussdiamond.com/shop/magic-sleeve/

73 Views

2 Likes   1 Share

### See more of Strauss Diamond on Facebook

**Log In**   or   **Create New Account**

Business Manager

LOG IN     CREATE ACCOUNT

**Strauss Diamond** added **2 new photos.**

August 23 at 7:31 AM · 

With Strauss Diamond's new autoclavable MagicSleeve for digital scanning, your overhead will be cut down tremendously as this sleeve is good for 100+ uses. Get yours today → https://straussdiamond.com/shop/magic-sleeve/



1 Like    1 Comment

**Related Pages**

**Mondragon Chiropractic**
Chiropractor

**Core Dental Studio**
Dentist & Dental Office

**Dental CE Network**
General Dentist

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2018

## See more of Strauss Diamond on Facebook

Log In    or    Create New Account





Business Manager

LOG IN　　　CREATE ACCOUNT

**Strauss Diamond** added **6 new photos**.
August 28 at 10:30 AM ·

Strauss Diamond's new reusable, autoclavable MagicSleeve is so easy to use!

After sterilization, clean glass with soft cloth until clear.
Slide glass with beveled end pointing forward into sleeve.
Confirm glass is placed all the way to the end of the sleeve.
Place sleeve onto wand.
Confirm sleeve is pushed all the way on and flush with the wand.
Now you are ready to scan!

Learn more: https://straussdiamond.com/shop/magic-sleeve/



English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2018

+3

**See more of Strauss Diamond on Facebook**

Log In　　or　　Create New Account



**Strauss Diamond**
Like This Page · August 28 ·



**Strauss Diamond**
Like This Page · August 28 ·





Case 3:18-cv-06663-TSH   Document 22-15   Filed 01/24/19   Page 16 of 23



-1:17



**Strauss Diamond**
Like This Page · Yesterday ·

**Strauss Diamond MagicSleeve**

Have you seen Strauss Diamond's MagicSleeve in-action?

Take a look!

https://straussdiamond.com/shop/magic-sleeve/

18 Views

Davis Ecker, Amy Ernst, Ana Ramos and 2 others like this.















June 22

Are you a current Mari's List member looking to be added to our doctors only Private Facebook Study Group? Please shoot us a message so we can get you added. (This is our public page!)

Mari's List
Consulting Agency

👍 5

Like    Comment    Share

Write a comment...

Mari's List
June 7

We are excited to announce we have recently added Prophy Magic as a partner company due to popular demand! Our members asked so we listened and are pleased to now offer our group discounts that are unavailable anywhere else.

👍 2

Like    Comment    Share

Write a comment...

Mari's List
May 4

Due to the overwhelming demand onboarding new members from the 2018 AAO, non-members who contact us with questions may experience a delay in our followup time. Doctors ready to sign up, we are still accepting new members. Please visit our testimonials page to see what your colleagues are saying. We appreciate your patience!

👍 4

SmartPractice Dental    Like

Bentson Copple & As...    Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

Chat (Off)