# EXHIBIT P



Connect with headhunters - Find exclusive jobs for senior consulting professionals. Join the network!   Ad   ···

# Magicure™

## Strauss Diamond

Medical Devices • Palm Coast, FL • 78 followers

4 employees on LinkedIn

**+ Follow**   **See jobs**

## About us

Strauss Diamond Instruments is the American division of Strauss & Co., an Israeli manufacturer of dental and industrial instruments that has been in continuous operation since 1970. Strauss tools are in use in over 40 countries around the world in a wide variety of dental and industrial applications.

Strauss is committed to staying at the "quality edge," both in terms of our products and in terms of our service to customers. Each product we manufacture is hand-inspected for quality before ever leaving our factory. Our efforts have been rewarded with a rating of + + + + ½ from The Dental Advisor on our full line of diamond dental burs. Strauss also offers a wide range of carbides, polishers, disposable burs, and other tools in a variety of sizes and grits, enabling our customers to work with almost every material available in the dental market, including ceramics, porcelain, acrylics, and metals. Our customer service team is among the best in our industry, with the technical understanding to ensure that our customers can find the products they need for even the most challenging of projects. And since we give buyers the opportunity to buy tools directly from the manufacturer, Strauss is able to offer prices far below that of other comparable sellers without sacrificing any of the quality that our customers expect and rely upon.

## Company details

**Website**
http://www.straussdiamond.com

**Headquarters**
Palm Coast, FL

**Year founded**
1992

**Company type**
Privately Held

**Company size**
11-50 employees

**Specialties**
Dental Products, Laboratory Supplies, Industrial Tooling, and Manufacturing

## Featured Groups

**Dental Sales Profession**
23,215 members

**Orthodontics and dental technolog**
12,152 members

**Dentist Network**
49,238 members

## 1 Office location

Messaging





25% faster scanning time

Linkedin - with SD new scanner sleeve... 1507940147251-drlcss

0:00:40

0:01:19



**Strauss Diamond's IPR Gauge Set is...**
straussdiamond.com

👍 Like   💬 Comment   ↪ Share

**Strauss Diamond**
78 followers
2w

Strauss Diamond's IPR Gauge Set is used during Interproximal Reduction (IPR) to measure and confirm space.

**https://pos.li/2a83uu**                              ...see more

**Strauss Diamond's IPR Gauge Set is...**
straussdiamond.com

👍 Like   💬 Comment   ↪ Share

**Strauss Diamond**
78 followers
2w

Take a look at all of the kits Strauss Diamond has to offer! The OISS1 is an Orthodontic Interproximal Stripping System

                              ...see more

**Take a look at all of the kits...**
straussdiamond.com

👍 Like   💬 Comment   ↪ Share

**Strauss Diamond**
78 followers
3w

Strauss Diamond Bur blocks are made of anodized aluminum and are designed to offer a comprehensive solution for organizing and auto-claving dental rotary instruments.

                              ...s   Messaging        ✏ ⚙











