# EXHIBIT Q

Discover   Trends   Nearby

🔍   Language   About

## Strauss Diamond @straussdiamondinstruments

2 months ago





If you are an iTero user, be prepared to cut your overhead down. Our brand new s canner sleeve is autoclavable and allows for a faster scanning time.

40      2      Download

**HOT POSTS**

## TRENDING HASHTAGS

#beauty  #girls  #lady  #summer  #love  #beach  #heels  #sexy  #nature  #animal

#fun  #weird  #fitness  #sightseeing  #facts  #travel  #sea  #lake  #baby  #dog

## LIKES (40)



Anitoomanianddds    Luminalutz    Zynnzyn    Confi_dentals

Guardemais_niteroi    Dr.dinka    Alexgame

Dentalmarketinguk    Wrightultimatedentalcare

Ceoparodontologia

## COMMENTS (2)

 **@mouthanteeth**                                                2 months ago
good for a monday

 **@straussdiamondinstruments**                                   2 months ago
. . . . #itero #iteroscanner #scannersleeve #iteroelement #orthodontics
#orthondontic #orthodontist #orthodontists #dentist #dentists #dental
#dentaltool #dentalinstrument #dentaltools #dentalinstruments #invisalign
#instasmile #diamondprovider #smiles #teeth #clearbraces #straightsmiles
#straightteeth #beautifulsmiles #cosmeticdentistry

## FEATURED POSTS

 sebastian_perdomo_14             hadiyah___

 **EL PEPE**                          ⌄
@juansepepe1405

A mí también me
debieron dar un Oscar
por las películas que
me armé con ella. 💔
#Oscars ⚱

2:26 AM · 05 mar. 18

7 months ago
💔 #oscars



2 months ago
Take me as I am

_____

Share   21   0                         Share   3915   82

 plorr                            l_e_braiding

 saltgirlclothing                 mrshinchhome_x_

9/14/2018
Strauss Diamond (@straussdiamondinstruments) • Instagram photos and videos
Case 3:18-cv-06663-TSH   Document 22-17   Filed 01/24/19   Page 4 of 12

 Instagram

Search

Log In     Sign Up



# straussdiamondinstruments   Follow

**25** posts     **192** followers     **89** following

**Strauss Diamond**
Tomorrow's Innovation Today!
www.straussdiamond.com

⊞ POSTS          ☒ TAGGED























 **straussdiamondinstruments** • **Follow**

**straussdiamondinstruments** If you are an iTero user, be prepared to cut your overhead down. Our brand new scanner sleeve is autoclavable and allows for a faster scanning time.

**straussdiamondinstruments** .
.
.
.
#itero #iteroscanner #scannersleeve #iteroelement #orthodontics

**40 likes**

AUGUST 2

**Log in** to like or comment.





 **straussdiamondinstruments** • Follow

**straussdiamondinstruments** If you are an iTero user, be prepared to cut your overhead down. Our brand new scanner sleeve is autoclavable and allows for a faster scanning time.

**straussdiamondinstruments** .
.
.
.

#itero #iteroscanner #scannersleeve #iteroelement #orthodontics

**40 likes**

AUGUST 2

**Log in** to like or comment.





**Instruction for Scanner Sleeves**



**Scanner Sleeve**

Autoclavable sleeve.



**Scanner Glass**

Please use gloves to avoid finger print marks on glass.



**Step 1:**

After sterilization, clean glass with soft cloth until clear.



**Step 2:**

Slide glass with beveled end pointing forward into sleeve.



**Step 3:**

Confirm glass is placed all the way to the end of sleeve.



**Step 4:**

Place sleeve onto wand.



**Step 5:**

Confirm sleeve is pushed all the way on and flush with wand.



Sleeve should look like this. Now you are ready to scan.



Pull sleeve off and remove glass. Sterilize.



strausssdiamondinstruments • Follow

**strausssdiamondinstruments** With Strauss Diamond's new scanner sleeve, you will cut your overhead down as well as chair time while still getting just as sharp of a scan. Look how easy it is!

**strausssdiamondinstruments** .
.
.
.
#itero #iteroscanner #scannersleeve #iteroelement #orthodontics #orthondontic #orthodontist #orthodontists #dentist #dentists #dental #dentaltool #dentalinstrument #dentaltools #dentalinstruments #invisalign #instasmile #diamondprovider #smiles #teeth #clearbraces #straightsmiles #straightteeth #beautifulsmiles #cosmeticdentistry

**30 likes**

AUGUST 6

**Log in** to like or comment.











strausssdiamondinstruments • Follow

**strausssdiamondinstruments** With Strauss Diamond's new MagicSleeve, you can cut your overhead down by using this autocalvable, silicone sleeve over and over while still providing just as sharp of a scan.

**strausssdiamondinstruments** .
.
.
.
#itero #iteroscanner #scannersleeve #iteroelement #orthodontics

**25 likes**

AUGUST 14

**Log in** to like or comment.







 **straussdiamondinstruments** • Follow

**straussdiamondinstruments** With Strauss Diamond's new autoclavable MagicSleeve for digital scanning, your overhead will be cut down tremendously as this sleeve is good for 100+ uses.

**straussdiamondinstruments** .
.
.
.
#itero #iteroscanner #scannersleeve #iteroelement #orthodontics #orthondontic #orthodontist #orthodontists #dentist #dentists #dental #dentaltool #dentalinstrument #dentaltools #dentalinstruments #invisalign #instasmile #diamondprovider #smiles #teeth #clearbraces #straightsmiles #straightteeth #beautifulsmiles #cosmeticdentistry

**28 likes**

AUGUST 23

Log in to like or comment.