# EXHIBIT R



← → C ⌂  🔒 Secure | https://www.youtube.com/watch?v=hm4VkdDWkm8

▶️ YouTube

Search  🔍

≡



AUTOCLAVABLE SCANNER SLEEVE

▶ ⏭ 🔊  0:05 / 0:43

MagicSleeve

36 views

👍 0   👎 0   → SHARE   ≡+   ...
   


**Strauss Diamond**
Published on Aug 9, 2018

SUBSCRIBE 1

If you are a digital scanner user, be prepared to cut your overhead down. Our brand new

MagicSleeve is autoclavable and allows for a faster scanning time.



     



MagicSleeve

36 views

👍 0   👎 0   ↗ SHARE   ≡+   •••

Strauss Diamond
Published on Aug 9, 2018                                    SUBSCRIBE   1

If you are a digital scanner user, be prepared to cut your overhead down. Our brand new MagicSleeve is autoclavable and allows for a faster scanning time.

Category          **People & Blogs**

SHOW LESS

Up next                                                        AUTOPLAY ⚪



**Scan documents with your Android phone**
CNET ✓
528K views



MagicSleeve instructions for use

14 views

👍 0   👎 0   → SHARE   ⇥   ...



**Strauss Diamond**
Published on Aug 15, 2018

**SUBSCRIBE 1**

Take a look at Strauss Diamond's newest innovation, the autoclavable MagicSleeve for

digital scanning