Karen I. Boyd (SBN 189808)
boyd@turnerboyd.com
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Keeley I. Vega (SBN 259928)
vega@turnerboyd.com
Jacob Zweig (SBN 296129)
zweig@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

Attorneys for Plaintiff
ALIGN TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRAUSS DIAMOND INSTRUMENTS, INC., <br><br> Defendant. | Case No. 3:18-CV-06663 <br><br> **STIPULATED REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES** |

Pursuant to Civil Local Rule 6-2, Plaintiff Align Technology, Inc. ("Align" or "Plaintiff") and Defendant Strauss Diamond Instruments, Inc. ("Strauss Diamond" or "Defendant") hereby stipulate and respectfully request to extend certain discovery and other deadlines, as set forth in the table below:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Deadline to Seek Leave to Amend Pleadings | 7/1/2019 | (unchanged) 7/1/2019 |
| Close of Fact Discovery | 7/11/2019 | 8/30/2019 |
| Disclosure of Expert Witnesses | 8/8/2019 | 9/13/2019 |
| Disclosure of Rebuttal Expert Witnesses | 9/5/2019 | 10/11/2019 |
| Close of Expert Discovery | 10/3/2019 | 11/01/2019 |
| Deadline to File Dispositive Motions | 10/31/2019 | 11/29/2019 |
| Hearing on Dispositive Motions | 12/5/2019 | 1/09/2020 |
| Exchange of Pretrial Disclosures | 2/5/2020 | (unchanged) 2/05/2020 |
| Deadline to File Pretrial Statement, Motions in Limine and Related Documents | 2/20/2020 | (unchanged) 2/20/2020 |
| Deadline to File Oppositions to Motions in Limine | 2/27/2020 | (unchanged) 2/27/2020 |
| Pretrial Conference | 3/12/2020 | (unchanged) 3/12/2020 |
| Final Pretrial Conference | 4/9/2020 | (unchanged) 4/9/2020 |
| Jury Trial (Duration: 5 days) | 4/20/2020 | (unchanged) 4/20/2020 |

The parties request an extension of the deadline for fact discovery to August 30th in light of the Settlement Conference scheduled for August 14th before Magistrate Judge Illman.  The parties also agree that certain subsequent deadlines should be accordingly modified, as set forth in the table above, without altering the date for trial or trial-related deadlines.

Pursuant to Civil L.R 6-2, the parties agree that the only other time modifications in this case were: (1) a 30-day extension of time for Strauss Diamond to respond to the complaint; (2) a shortening of the time for the hearing date for Align's then-pending motion for leave to amend the complaint; (3) a one-week extension of time for Strauss Diamond to oppose Align's then-pending motion for preliminary injunction; and (4) an extension of the time for Align to file its reply in support of its motion for preliminary injunction, and to a corresponding change to the hearing on that motion.

The Declaration of Keeley I. Vega is filed herewith, also pursuant to Rule 6-2. A proposed order is also submitted herewith.

Dated: June 28, 2019                                                    Respectfully submitted,

| *s/ Mark E. Ungerman* <br> Mark E. Ungerman (SBN 133117) <br> mungerman@ungermanip.com <br> UNGERMAN IP PLLC <br> 2305 Calvert Street, N.W. <br> Washington, DC 20008 <br> Telephone: (202) 461-3200 <br> Facsimile: (202) 350-2547 <br><br> Attorneys for Defendant | *s/ Keeley I. Vega* <br> Keeley I. Vega (SBN 259928) <br> vega@turnerboyd.com <br> TURNER BOYD LLP <br> 702 Marshall Street, Suite 640 <br> Redwood City, CA 94063 <br> Telephone: 650.521.5930 <br> Facsimile: 650.521.5931 <br><br> Attorneys for Plaintiff |

### ATTESTATION REGARDING SIGNATURES

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document certifies that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Keeley I. Vega
Keeley I. Vega