Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Keeley I. Vega (SBN 259928)
vega@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

*Attorneys for Plaintiff*
ALIGN TECHNOLOGY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STRAUSS DIAMOND INSTRUMENTS, INC., <br><br> Defendant. | CASE NO. 3:18-CV-06663-TSH <br><br> **STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' confidential settlement agreement entered into on October 28, 2019 ("Settlement Agreement"), Plaintiff Align Technology, Inc. and Defendant Strauss Diamond Instruments, Inc., by and through their undersigned counsel, stipulate to dismissal of this action and all claims asserted herein with prejudice, conditioned on this Court expressly retaining jurisdiction for purposes of enforcing and interpreting the Settlement Agreement. The parties hereby waive all right to appeal from this stipulation and dismissal. Each party shall bear its own costs and attorneys' fees in this action.

**SO STIPULATED:**

Dated: October 28, 2019, 2019

| | |
|---|---|
| */s/ Mark E. Ungerman*<br>Mark E. Ungerman (SBN 133117)<br>mungerman@ungermanip.com<br>UNGERMAN IP PLLC<br>2305 Calvert Street, N.W.<br>Washington, DC 20008<br>Telephone: (202) 461-3200<br>Facsimile: (202) 350-2547<br><br>Attorneys for Defendant | */s/ Jennifer Seraphine*<br>Jennifer Seraphine (SBN 245463)<br>seraphine@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street, Suite 640<br>Redwood City, CA 94063<br>Telephone: 650.521.5930<br>Facsimile: 650.521.5931<br><br>Attorneys for Plaintiff |

**IT IS HEREBY ORDERED THAT:**

Pursuant to the parties' stipulation, this action and all claims asserted herein are dismissed with prejudice, with each party bearing its own costs and attorneys' fees. This Court shall retain exclusive jurisdiction to enforce and/or interpret the terms of the Settlement Agreement between the parties. The Clerk is hereby directed to close the file.

Dated: _October 29, 2019_

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

1

ATTESTATION REGARDING SIGNATURES

2

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document certifies that concurrence in the filing of this document has been obtained from each of the other signatories.

3

4

*/s/ Jennifer Seraphine*
Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

5

6

7

8

Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND
PROPOSED ORDER

3

CASE NO. 3:18-CV-06663-TSH